■ 105 EAST SECOND STREET ASSOCIATES, Plaintiff, v JOY BOBROW, as Register of the City of New York, et al., Defendants. EXTRA FOUR, L.P., et al., Counterclaim Plaintiffs-Respondents, v PAUL M. BALME et al., Counterclaim Defendants-Appellants. [605 NYS2d 870] —Order, Supreme Court, New York County (Martin Stecher, J.), entered July 17, 1992, unanimously affirmed for the reasons stated by Stecher, J. with costs and disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Rubin, JJ.